UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LESTER ULLOA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-4395** |
| **BURL CAIN, WARDEN** | **SECTION "J"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 19), and petitioner's objection to the Magistrate Judge's Report and Recommendation (Rec. Doc. 20), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Lester Ulloa's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 27th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE